United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| TORIBIO VERA CHAVEZ, "Petitioner," | § | |
| v. | § | Civil Action No. 1:26-cv-01101 |
| FRANCISCO VENEGAS, *et al.* "Respondents," | § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition"), the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 3) ("Report and Recommendation"), and "Petitioner's Objection to the Magistrate Judge's Report and Recommendation" (Dkt. No. 4) ("Objections").

After a *de novo* review of the file, the Report & Recommendation (Dkt. No. 3) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DENIED**. The Clerk of Court is **ORDERED** to close the case.

SIGNED this November 12, 2026

Rolando Olvera
United States District Judge